JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Solid 21, Inc, | Case No. CV 11-00460-ODW(FMOx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Montres Corum USA, LLC et al., | |
| Defendants. | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 23, 2012

OTIS D. WRIGHT, II
United States District Judge